1  J. Paul Gignac (State Bar No. 125676)
   Kiley L. Grombacher (State Bar No. 245960)
2  ARIAS OZZELLO & GIGNAC LLP
   4050 Calle Real, Suite 130
3  Santa Barbara, California 93110-3413
   Telephone: (805) 683-7400
4  Facsimile: (805) 683-7401

5  Attorneys for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | BRUCE KEISER, on behalf of himself and all others similarly situated, | Case No. C 09-02149 HRL |
|---|---|---|
| 12 | | |
| 13 | Plaintiff, | **DECLARATION RE PROPER COUNTY FOR COMMENCEMENT AND TRIAL OF A CONSUMERS LEGAL REMEDIES ACT CLAIM** |
| 14 | v. | |
| 15 | DIRECTV, INC., a California corporation; and DOES 1 through 10, inclusive, | [*California Civil Code* section 1780(c)] |
| 16 | Defendants. | |

# DECLARATION OF BRUCE KEISER

I, Bruce Keiser, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify truthfully and competently thereto under oath.

2. I am the named plaintiff in the above-captioned action and submit this declaration pursuant to *California Civil Code* section 1780(c).

3. I am informed and believe that defendant DirecTV, Inc. conducts business in the County of Santa Clara, California and that a substantial portion of the transaction alleged in the Complaint in this action took place in the County of Santa Clara, California.

4. Accordingly, the County of Santa Clara is the proper place for the trial of this action under *California Civil Code* section 1780(c), and this action is properly commenced in that county.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 29th day of May 2009, at Los Gatos, California.

Bruce Keiser

- 2 -

DECLARATION RE PROPER COUNTY FOR TRIAL
CASE NO. C 09-02149 HRL